MARC ROSENBERG
LEE SMART, P.S., INC.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
(206) 624-7990
Attorneys for Defendants

HON. EDWARD F. SHEA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON AT SPOKANE

CURTIS J. COOK, and all other Washington residents who hold similar claims against the Defendant,

Plaintiffs,

vs.

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.,

Defendants.

No. CV-10-320-EFS

DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)

HEARING: JANUARY 28, 2011
TIME: 6:30 PM

## I. INTRODUCTION

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Bishop, White, Marshall & Wiebel, P.S. ("Bishop") moves to dismiss in its entirety the complaint filed by plaintiff Curtis J. Cook ("Cook") for the reasons set forth in Defendant's Memorandum in Support of Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6), and specifically:

(1) Representations in a Cost Bill made to a superior court and responded to by an attorney do not fall under the federal Fair Debt Collection Practices Act ("FDCPA");

DEFENDANTS' MOTION TO DISMISS
UNDER FED R. CIV. P. 12(b)(6) - 1
CV-10-320-EFS
5288685

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

(2) Even if requests in a Cost Bill did fall under the FDCPA, the costs sought by Bishop are authorized by law and Cook's CardMember Agreement;

(3) It is bad policy to permit FDCPA claims to be brought simply because a judge has not granted every item sought in a Cost Bill filed with the court.

## II. POINTS AND AUTHORITIES

Bishop is concurrently filing a Memorandum of Points and Authorities in support of this motion, in conformity with Eastern District Local Rule 7.1(b).

## III. CONCLUSION

For reasons set forth above and in Bishop's Memorandum of Points and Authorities, Bishop requests this court to dismiss plaintiff's complaint.

## IV. PROPOSED ORDER

A proposed order is being provided with this motion.

DATED this 15th day of October, 2010.

LEE SMART, P.S., INC.

By: s/ Marc Rosenberg _________

Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants

1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
Phone: (206) 262-8308,
Fax: (206) 624-5944
mr@leesmart.com